UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY ELIZABETH KEIMER,

    Petitioner,

vs.

Case No. 04-CV-71191
HON. GEORGE CARAM STEEH

JOAN YUKINS,

    Respondent.

_____/

## JUDGMENT

Pursuant to the court's order of even date dismissing Mary Keimer's petition for habeas corpus relief,

IT IS ORDERED AND ADJUDGED that judgment hereby is entered in favor of respondent Joan Yukins and against petitioner Mary Keimer. The petition for habeas corpus relief is hereby DISMISSED with prejudice.

Dated at Detroit, Michigan, October 12, 2005.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/Josephine Chaffee
        DEPUTY COURT CLERK